IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KARLANNA T. BEIGHLEY,<br>       Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKZI,<br>Acting Commissioner of<br>Social Security Administration,<br><br>       Defendant. | CV-22-100-GF-BMM<br><br><br><br>ORDER |

**ORDER**

**IT IS HEREBY ORDERED** that:

- Plaintiff Karlanna T. Beighley's Consent Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 19) is **GRANTED**.

- Plaintiff, Karlanna Beighley, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00).

- If, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney. However,

if there is a debt owed under the Treasury Offset Program the remaining EAJA fees, after offset, will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 16th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court